# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FRANCES KALENDER, on behalf of herself
and all others similarly situated,
    Plaintiff,

v.                                              CASE NO.: 1:20-cv-3410

BISON COOLERS, LLC

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Bison Coolers, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Bison Coolers, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 1, 2020                          Respectfully Submitted,

                                                                                   /s/David Paul Force
                                                                                    David Paul Force Esq.
                                                                                   **Stein Saks, PLLC**
                                                                                   285 Passaic Street
                                                                                  Hackensack, NJ 07601
                                                                                  dforce@steinsakslegal.com
                                                                                  Tel. 201-282-6500
                                                                                  Fax 201-282-6501
                                                                                  *Attorneys for Plaintiff*

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK   9/3/2020
UNITED STATES DISTRICT JUDGE

### Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 1st day of September, 2020    Respectfully Submitted,

                                    */s/ David Paul Force*
                                    David Paul Force